_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
June 03, 2020

KEVIN A. DARBY, NVSB 7670
TRICIA M. DARBY, NVSB 7956
DARBY LAW PRACTICE, LTD.
4777 Caughlin Parkway
Reno, Nevada, 89519
Telephone: (775) 322-1237
Facsimile: (775) 996-7290
kad@darbylawpractice.com
tricia@darbylawpractice.com

Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO.   BK-N-20-50219-BTB |
| | Chapter 13 |
| JULIETTE R. ROBERSON, | |
| | **ORDER GRANTING DEBTOR'S MOTION TO VALUE COLLATERAL OF FREEDOM ROAD FINANCIAL PURSUANT TO 11 U.S.C. § 506(a)** |
| Debtor. | |
| | Hearing Date:   May 28, 2020 |
| | Hearing Time:   1:30 p.m. |
| _____/ | |

This Court having reviewed Debtor's Motion to Value Collateral of Freedom Road Financial, pursuant to 11 U.S.C. §§ 506(a) and 1325(a)(5), (the "Motion"), on proper notice, no opposition having been filed, and good cause appearing, it is hereby ORDERED as follows:

IT IS HEREBY ORDERED that the Debtor's 2014 Victory Cross (the "Victory") is valued at $8,100.00 at 0% interest;

1

1      IT IS FURTHER ORDERED that Freedom Road Financial shall have allowed secured claim
2  for $8,100.00 and a general unsecured claim for any remaining amount owed; and
3      IT IS FURTHER ORDERED that within 30 days of a discharge order being entered in this
4  Chapter 13 case, Freedom Road Financial shall provide title to the Victory to Debtor.
5      IT IS SO ORDERED.

SUBMITTED BY:

DARBY LAW PRACTICE, LTD.

    */s/ Tricia M. Darby*
By: _____
    TRICIA M. DARBY, ESQ.
    4777 Caughlin Parkway
    Reno, Nevada 89519
    (775) 322-1237

                                                        ###

In accordance with LR 9021, an attorney submitting this document certifies as follows:

    ___ The court has waived the requirement set forth in LR 9021(b)(1).

    _X_ No party appeared at the hearing or filed an objection to the motion.

    ___ I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above:

    ___ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

DARBY LAW PRACTICE, LTD.

By: */s/ Tricia M. Darby*
      TRICIA M. DARBY, ESQ.
      4777 Caughlin Parkway
      Reno, Nevada 89519